PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LINDA CAROL LARSON, | CIVIL NO. 1:22-cv-00288-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner Of Social Security, | (ECF No. 13) |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between Linda Carol Larson ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 12) be extended by 30 days.  The current deadline is September 29, 2022, and the new deadline would be October 31, 2022.  Plaintiff shall file any reply on or before November 15, 2022.  This is the first extension of time requested in the above-captioned matter. Undersigned defense counsel respectfully requests this additional time due to an especially busy briefing

schedule at the end of September 2022 and the beginning of October 2022, which includes 15 dispositive motions due over a three-week period.

Date:  September 9, 2022          LAW OFFICES OF LAWRENCE D. ROHLFING

By:  /s/ *Matthew Holmberg* *
Matthew Holmberg
(*Authorized by e-mail on September 9, 2022)
Attorneys for Plaintiff

Date:  September 9, 2022          PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

# **ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment by no later than October 31, 2022, and Plaintiff shall file any reply by no later than November 15, 2022.

IT IS SO ORDERED.

Dated:   **September 12, 2022**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE