UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. FONSECA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00288-KES-CDB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>(Doc. No. 15) |

　　　　Plaintiff Binh C. Tran is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 5, 2024, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and defendants following screening of plaintiff's first amended complaint. (Doc. 15.) Specifically, the magistrate judge recommended this action proceed only on plaintiff's First Amendment retaliation claims against defendants Fonseca and Lopez, with the remaining claims and defendant T. Cherukuri to be dismissed. (*Id*. at 4–10.) Objections were to be filed within 14 days. (*Id*. at 11.) To date, no objections have been filed and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 5, 2024 (Doc. 15) are adopted in full;

1. This action proceeds only on plaintiff's First Amendment retaliation claims against defendants Fonseca and Lopez;

2. All other claims raised in plaintiff's first amended complaint are dismissed;

3. Defendant T. Cherukuri is dismissed from this action; and

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 29, 2025

UNITED STATES DISTRICT JUDGE

2