IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BINH TRAN,** | 1:21-cv-00288-KES-CDB (PC) |
| Plaintiff, | [**PROPOSED**] ORDER ON *EX PARTE* MOTION FOR EXTENSION OF TIME |
| v. | (Doc. 26) |
| **FONSECA, et. al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Motion for a 14-day extension of time to file a Notice Regarding Early Settlement Conference (Doc. 26) is GRANTED. Defendants shall file their Notice no later than October 8, 2025. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: __September 24, 2025__          _____
                                        UNITED STATES MAGISTRATE JUDGE