**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BINH C. TRAN,<br><br>        Plaintiff,<br><br>      v.<br><br>V. FONSECA, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-00288-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>Doc. 36 |

Binh C. Tran was proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2026, the magistrate judge observed that Tran had been deported from the United States and had failed to take any action to prosecute his civil claims in this action following removal. The magistrate judge recommended the action be dismissed without prejudice. Doc. 36.

The Court served the findings and recommendations on the parties, including at the only mailing address on record for Tran. The Court informed the parties that any objections were due within 14 days. Doc. 36 at 5. Although the U.S. Postal Service returned the mail to Tran as undeliverable, service is deemed fully effective pursuant to Local Rule 182(f). Defendants did not file any objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations

are supported by the record and proper analysis. Thus, the Court **ORDERS**:

      1.    The findings and recommendations issued on January 26, 2026 (Doc. 36) are **ADOPTED** in full.

      2.    This action is **DISMISSED** without prejudice.

      3.    The Clerk of Court is directed to terminate all deadlines and to close this case.

IT IS SO ORDERED.

Dated:   March 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2